UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAXINE BROWN, a single person,

Plaintiff,

v.

STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES,

Defendant.

Case No. C05-5635 FDB

ORDER DENYING STATE DEFENDANT'S MOTION TO CHANGE CASE SCHEDULE AND GRANTING MOTION TO COMPEL DISCLOSURE OF VIDEOTAPE

This matter comes before the Court on motion of State of Washington Department of Social and Health Services to change the case schedule and compel production of the videotape of the independent medical examination conducted on Plaintiff Maxine Brown by Defendant's expert Dr. Brian Grant.

After reviewing all materials submitted by the parties and relied upon for authority, the Court is fully informed and hereby ORDERS:

    (1)    Defendant's Motion to Change Case Schedule [Dkt # 33] is **DENIED**

    (2)    Defendant's Motion to compel production of videotape of the Independent Medical Examination conducted on Plaintiff Maxine Brown by Defendant's expert Dr. Brian

ORDER - 1

1  Grant [Dkt #33] is **GRANTED,** and a copy of the videotape shall be provided to the

2  Defendant no later than 5 days after entry of this Order.

3

4  DATED this 2nd day of October, 2006.

[signature]

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2